# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| FRANKIE SMITH, JR. | ) | Case No. LA CV 16-7427 SVW (JCG) |
|             Petitioner, | ) | **JUDGMENT** |
|      v. | ) | |
| | ) | |
| WARDEN, | ) | |
|           Respondent. | ) | |
| | ) | |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation.


DATED: _December 6, 2017_         _____

                                      HON. STEPHEN V. WILSON
                              UNITED STATES DISTRICT JUDGE